# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2015

149569

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

AARON CLOUTIER,
      Plaintiff-Appellant,

v

KIRK A. METZGER,
      Defendant-Appellee.

SC: 149569
COA: 319636

_____/

On order of the Court, the application for leave to appeal the February 14, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2015



Clerk

t0420